SCHULTE and Others, Infants, by SAMUEL FALK, Their Special Guardian, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 1057.]

■

ANNIBAL GOUVEIA & CIA., LTDA., v. MARTIN E. WOLIN, LTD.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1050.]

■

FANNIE ALHADEF, as Administratrix of the Estate of JOSEPH ALHADEF, Deceased, v. HARRY DUBOFSKY, Doing Business as DURATEX NOVELTY BAG COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 279 App. Div. 1007.]

■

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of SOLTAN AHMED KADJAR, Deceased, Respondent. PRINCE FREYDOUN KADJAR et al., Appellants; SOLTAN MAHMOUD KADJAR et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 279 App. Div. 1008.]

■

In the Matter of the Arbitration between BROOKSIDE MILLS, INC., Appellant, and CHAS. BERNSTEIN & SON, BERNSIDE MILLS DIVISION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ. [See 279 App. Div. 904.]

■

LILLY JOSEPH v. SCHALLER & WEBER, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1071.]

■

ANNE V. DE SAIRIGNE v. FRANK J. GOULD.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 985.]

■

HARRY M. ELISH et al. v. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Heffernan and Bergan, JJ. [See ante, p. 215.]

■

In the Matter of the Arbitration between UNITED PIECE DYE WORKS, Respondent, and EMIL RIEVE, as General President of Textile Workers Union of America, C.I.O., et al., Appellants. In the Matter of the Arbitration between EMIL RIEVE, as General President of Textile Workers Union of America, C.I.O., et al., Appellants, and UNITED PIECE DYE WORKS, Respondent.— Motion for